IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TOMMY SHAW, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| PRIME LEGACY SECURITY, INC., *Defendant* | : : : | No. 20-5551 |

## ORDER

AND NOW, this 24th day of June, 2021, upon consideration of Mr. Shaw's Request for Default for Failure to Appear, Plead, or Otherwise Defend (Doc. No. 3), a review of the docket which shows that the Clerk of Court entered default on June 4, 2021, Plaintiff's Motion for Default Judgment against Prime Legacy Security, Inc. (Doc. No. 4), and Prime Legacy Security, Inc.'s failure to appear or otherwise oppose the Motion, it is **ORDERED** that the Motion (Doc. No. 4) is **GRANTED IN PART**. The Clerk of Court shall **ENTER** judgment in favor of Mr. Shaw and against Prime Legacy Security, Inc. Within 21 days of entry of this Order, Mr. Shaw shall submit a sworn affidavit and other evidentiary documentation to substantiate each category of damages requested.

BY THE COURT:

/s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1