**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TOMMY SHAW,** | : | |
| *Plaintiff* | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **PRIME LEGACY SECURITY, INC.,** | : | **No. 20-5551** |
| *Defendant* | : | |

## O R D E R

AND NOW, this 26th day of July, 2021, upon consideration of Mr. Shaw's Motion for

Default Judgment against Prime Legacy Security, Inc. (Doc. No. 4), the Court's prior Order

granting the Motion in part (Doc. No. 7), and Prime Legacy Security, Inc.'s Motion to Set Aside

Default (Doc. No. 10), it is **ORDERED** that the Motion to Set Aside Default (Doc. No. 10) is

**GRANTED** and the Court's prior Order (Doc. No. 7) is **VACATED**.   It is **FURTHER**

**ORDERED** that Prime Legacy Security's Answer to the Complaint, attached as Exhibit B to the

Motion (Doc. No. 10), shall be docketed for all purposes.

BY THE COURT:

**GENE E.K. PRATTER**
**UNITED STATES DISTRICT JUDGE**

1